# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Deldrick Devone Autry                 Docket No. 5:04-CR-33-1BO

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deldrick Devone Autry, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 16, 2004, to the custody of the Bureau of Prisons for a term of 110 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Deldrick Devone Autry was released from custody on March 1, 2013, at which time the term of supervised release commenced. On March 5, 2013, a violation report was submitted to the court reporting that the defendant tested positive for marijuana on March 3, 2013. The defendant was verbally reprimanded and enrolled in substance abuse counseling and testing. The court agreed to continue supervision.

On May 15, 2013, a violation report was submitted to the court reporting that the defendant was charged with the offense of Driving While License Revoked (13CR711508) in Cumberland County, NC. The defendant was verbally reprimanded and instructed not to drive until properly licensed. The court agreed to continue supervision.

On January 27, 2014, in response to the defendant committing an additional offense of Driving While License Revoked (14CR711508) in Cumberland County, NC, the court ordered the following:

> The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Deldrick Devone Autry
Docket No. 5:04-CR-33-1BO
Petition For Action
Page 2

       **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 30, February 2, and February 11, 2014, the defendant was charged in Cumberland County, NC, with the offense of Driving While License Revoked (14CR702245, 14CR355, 14CR703112). The defendant has again been verbally reprimanded and instructed not to drive until properly licensed. As a sanction for this conduct, we are recommending that conditions of supervised release be modified to include six days in jail. If the defendant continues to drive with a revoked license, we will request the court to schedule a revocation hearing.

       The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

       **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

       The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as directed by the probation office and shall abide by all rules and regulations of the designated facility.

       Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: February 21, 2014 |

## ORDER OF COURT

Considered and ordered this 23 day of February, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge